COURT OF APPEALS
Fourth Court of Appeals District
San Antonio, Texas
No: 04-15-00039-CV

Tracey W. Murphy, Appellant
V.
D'Ann Mayfield, etal, Appellees

Appellant Docketing Statement

Pursuant to Rule 32.1 Appellant submits the following:
(a)(1). Appellant has no counsel
(2). Tracey W. Murphy, Beto One Unit 1391 Fm. 3328, Tennessee Colony, Texas 75880
(b) No Notice of Appeal was filed with the trial court
(c) 81st/218 Judicial District, Karnes County, Texas, Judge Name unknown and Appellant never received a signed Judgment
(d) No, motion for new trial, motion to modify the Judgment ever filed due to no signed Judgment sent.
(e) D'Ann Mayfield etal (Note: Appellant does not have all his files because the Beto one Propertyroom officer confiscated it) - need court order for her to return it.
(1) ~~the~~ Counsel is representing Appellees, ~~without Release~~ but see (e) for reference (upon obtain files he would Amend his Docketing statement.
(f) unable to answer until obtain files
(g) This Appeal's submission should be given priority because the case was dismissed without notice to Appellant and the files has been distorted in Murphy V. Mayfield, by McConnell Unit Law Library supervisor and Propertyroom officer
(h) unknown if reporters record was electronically recorded.
(i) the name of the court Reporter: unknown
(J) Appellant intends to seek temporary relief while the Appeal is pending
(K)(1) the Affidavit of indigence filing Feb 5, 2015
(2) No contest filed
(3) None
(L) None
(m) Appellant files motion to order Trial court clerk to issue copies of files, in Murphy V. Mayfield.

Certificate of service
I, Tracey W. Murphy No. 835047, certify that a true and correct copy of the foregoing Docketing statement has been

Served by placing in the prison indigent mail system. On this 5th day of Feb 2025, addressed to:

Keith E. Hottle
Clerk of court
Fourth court of Appeals District
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037

Appellant pro se
Tracey W. Murphy #835047
Beto One Unit
1391 F.m. 3328
Tennessee Colony, Texas
75880

Keith E. Hotle
Clerk of Court
Court of Appeals
Fourth Court of Appeals District
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037



February 5, 2015

Re: Court of Appeals Number: 04-15-00039-CV; Style: Tracey W. Murphy v. D'Ann Mayfield, et al.

Dear Clerk:

Please find enclosed Appellants Docketing Statement As required with his Affidavit of inability to Pay Cost. Furthermore, Appellant had filed three separate Appeals: Tracey W. Murphy v. D'Ann Mayfield N.D. 10-07-00123-CVK; Tracey Murphy v. Cheryl A. Schendle, et al N.D. 09-09-00128-CVK; and Tracey W. Murphy v. Robbie Shortner N.D. 09-05-0071-CVK. It Appears the Appeals Court has Consolidate all cases into one. Please advise.

Truly,

Tracey W Murphy

Appellant     Pro Se

Tracey W. Murphy #235017
Beto One Unit
1391 F.M. 3328
Tennessee Colony, Texas 75880

CC:
Court of Appeals